

FILED
June 6, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO ANTONIO ADAME-SANCHEZ | NO. 3:25-MJ-582-BW |

# MOTION FOR DETENTION AND
# MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendant, **Roberto Antonio Adame-Sanchez**, pursuant to 18 U.S.C. § 3142(e) and (f).

1.   Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

   __X__   Crime of violence (18 U.S.C. § 3156);

   _____   Maximum sentence life imprisonment or death;

   _____   10 + year drug offense;

   _____   Felony, with two prior convictions in above categories;

   __X__   Serious risk defendant will flee;

   _____   Serious risk obstruction of justice;

   _____   Felony involving a minor victim;

   _____   Felony involving a firearm, destructive device, or any other dangerous weapon; or

   _____   Felony involving a failure to register (18 U.S.C. § 2250).

**Motion for Detention - Page 1**

2. <u>Reason for Detention</u>: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

 __X__ Defendant's appearance as required;

 __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

 _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

 _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

 _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

 _____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>: The United States requests the Court conduct the detention hearing,

 _____ At first appearance

 __X__ After continuance of __3__ days (not more than 3).

**Motion for Detention - Page 2**

        Respectfully submitted,

        NANCY E. LARSON
        ACTING UNITED STATES ATTORNEY

        *s/ Robert Withers*
        ROBERT WITHERS
        Assistant United States Attorney
        Texas Bar No. 24072758
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-659-8600
        Facsimile: 214-659-8805
        Email: Robert.Withers@usdoj.gov