AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
Roberto Antonio Adame-Sanchez

)
)
)
)
)
)
)

*Defendant*

Case No.    3:25-MJ-582-BW

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Roberto Antonio Adame-Sanchez                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §    Assault on a federal officer
111(a)(1) and
(b)

Date:    06/06/2025 4:01 pm

_____
*Issuing officer's signature*

City and state:    Dallas, Texas

BRIAN McKAY, U.S. Magistrate Judge
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 6/6/2025 , and the person was arrested on *(date)* 6/6/2025 at *(city and state)* Dallas, Texas . |

Date:  6/6/2025

_____
*Arresting officer's signature*

FBI SA Pamela Hanson
*Printed name and title*