IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-MJ-00582-BW |
| v. | |
| ROBERTO ADAME-SANCHEZ | |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America (the "government") moves to dismiss, in the interest of justice and without prejudice, the complaint against the defendant, Roberto Adame-Sanchez, in the above-referenced cause. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment, information, or complaint.").

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

  *s/ Robert Withers*
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov


  *s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Acting Criminal Chief

## CERTIFICATE OF CONFERENCE

      This is to certify that the undersigned Assistant United States Attorney conferred with Laura Harper, the attorney of record who indicated that she has no objection to this motion.

                                        *s/ Robert Withers*
                                        ROBERT WITHERS
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2025, I electronically filed the foregoing Government's Motion with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

                                        *s/ Robert Withers*
                                        ROBERT WITHERS
                                        Assistant United States Attorney