IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

NO. 3:25-MJ-00582-BW

v.

ROBERTO ADAME-SANCHEZ

## ORDER

Upon review and consideration of the Government's Motion to Dismiss the Complaint (Dkt. No. 16), the Court finds that the complaint in the above-referenced cause should be dismissed without prejudice.

IT IS HEREBY ORDERED THAT the complaint in the above-referenced cause is dismissed without prejudice.

**SO ORDERED** on July 18, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE